IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAVEN GRANT and ZAPHIER ELAM, in their individual capacity and on behalf of their child, Z.E.G.,** | : : : : | **Civil No. 1:20-CV-1988** |
| **Plaintiffs,** | : : | |
| v. | : : | |
| **UPMC PINNACLE HOSPITALS, et al.,** | : : : | |
| **Defendants.** | : : | **Judge Sylvia H. Rambo** |

## O R D E R

Before the court is the Motion to Remand filed by Plaintiffs. (Doc. 6.) For the reasons outlined in the accompanying memorandum, the motion will be **GRANTED** in part and **DENIED** in part. The motion will be granted solely on substantial predominance grounds. All claims, except for the UPMC Defendants' third-party claim against the United States/Dr. Dalal, are hereby **DISMISSED WITHOUT PREJUDICE**. The UPMC Defendants' third-party claim against the United States/Dr. Dalal will remain in federal court but is hereby **STAYED** until resolution of all other claims through voluntary dismissal, a final judgment, or settlement.

> */s/ Sylvia H. Rambo*
> SYLVIA H. RAMBO
> United States District Judge

Dated: April 16, 2021